AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| JEFFREY LONG, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No. 2:24-cv-03617 SVW(PVCx) |
| KINSALE CAPITAL GROUP, INC. et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☑ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* Kinsale Capital Group, Inc.; Kinsale Insurance Company ~~recover costs from the plaintiff~~ *(name)* _____.

☑ **other:** Costs waived by Kinsale.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ~~Steven V. Wilson~~ STEPHEN V. WILSON, U.S. DISTRICT JUDGE on a motion for judgment on the pleadings granted with prejudice pursuant to Order Dismissing Complaint with Prejudice [ECF 25] filed July 29, 2024.

Date: November 27, 2024

CLERK OF COURT

*PM Cruz*
Signature of Clerk or Deputy Clerk